FILED
NOV 02 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MIGUEL ANGEL MARQUEZ MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, Warden, et al.,<br><br>Defendants. | Case No.: 16CT3154-D<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**Notice of Voluntary Dismissal Pursuant**
**To F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Miguel Angel Marques-Martinez, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants.

Date:

Miguel Angel Marquez-Martinez
Reg.; # 88370-308
MCC San Diego
808 Union Street
San Diego, CA 92101

I, Miguel Angel Marquez-Martinez, filed this with the court by placing it in the mail with first class postage prepaid and I sent it to:

Julie Richards Johnston
Clerk of Court
PO Box 25670
Raleigh, NC 27611

I swear the foregoing is true and correct.

Date:

Miguel Angel Marquez-Martinez
Reg.; # 88370-308
MCC San Diego
808 Union Street
San Diego, CA 92101